SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
ORI KATZ, Cal. Bar No. 209561
okatz@sheppardmullin.com
Four Embarcadero Center, Seventeenth Floor
San Francisco, California 94111
Telephone:    415-434-9100
Facsimile:    415-434-3947
AARON J. MALO, Cal. Bar No. 179985
amalo@sheppardmullin.com
650 Town Center Drive, 4th Floor
Costa Mesa, California 92626-1993
Telephone:    714-513-5100
Facsimile:    714-513-5130
CARREN B. SHULMAN (*admitted in New York*)
cshulman@sheppardmullin.com
30 Rockefeller Plaza
New York, New York 10112
Telephone:    212-653-8700
Facsimile:    212-653-8701

Proposed Attorneys for Debtor

FILED & ENTERED

DEC 22 2010

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY ngo    DEPUTY CLERK

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

SANTA ANA DIVISION

In re:

MMFX TECHNOLOGIES CORPORATION,

     Debtor.

Case No. 8:10-bk-27572-RK

Chapter 11

**ORDER AUTHORIZING JOINT ADMINISTRATION OF RELATED CHAPTER 11 CASES**

Date: December 16, 2010
Time: 3:00 p.m.
Place: United States Bankruptcy Court
   411 West Fourth Street
   Santa Ana, CA 92701
   Courtroom 5D

   A hearing (the "Hearing") was held before this Court on December 16, 2010, at 3:00 p.m., to consider the *Ex Parte Application for Order Authorizing Joint Administration of Related Chapter 11 Cases* (the "Application"), filed by MMFX Technologies Corporation, for joint administration with the chapter 11 cases of MMFX

-1-

1  Canadian Holdings, Inc., MMFX International Holdings, Inc., MMFX Steel Corporation of
2  America, and Fasteel Corporation (collectively, "the Debtors"), and the consolidation
3  thereof for procedural purposes only.  Appearances were made at the Hearing on behalf of
4  the Debtors, Fourth Third LLC, Investment Funding Inc., Lindsey Davidson, Wells Fargo
5  Bank, Sherman Brothers and the United States Trustee, as noted on the record.

6        The Court having reviewed the Application, the Declaration of Michael
7  Pompay filed in support thereof, and the arguments of counsel at the Hearing; and good
8  cause appearing therefor,

9        **IT IS HEREBY ORDERED** as follows:

10        1.    The Application is approved.

11        2.    The following five related chapter 11 cases shall be jointly
12  administered pursuant to Rule 1015(b) of the Federal Rules of Bankruptcy Procedure:

| *Debtor Name* | *Case No.* |
|---|---|
| MMFX Canadian Holdings, Inc. | 8:10-bk-10083-RK |
| MMFX International Holdings, Inc. | 8:10-bk-10085-RK |
| Fasteel Corporation | 8:10-bk-27570-RK |
| MMFX Steel Corporation of America | 8:10-bk-27571-RK |
| MMFX Technologies Corporation | 8:10-bk-27572-RK |

19        3.    The foregoing chapter 11 cases shall be jointly administered under the
20  chapter 11 case titled *In re MMFX Canadian Holdings, Inc.*, Case No. 8:10-bk-10083-RK.

21        4.    Except as provided below or by further order of the Court, the caption
22  page for all pleadings, notices, and orders, filed in the Debtors' cases shall be filed in Case
23  No. 8:10-bk-10083-RK, using a caption substantially conforming to Exhibit "A" appended
24  to this order. The docket for case number 8:10-bk-10083-RK shall be designated as the
25  single pleadings docket for all pleadings with respect to these jointly administered cases.

26        5.    Absent further order of the Court, each of the Debtors shall separately
27  file its own schedules of assets and liabilities and statements of financial affairs, and
28

1  monthly operating reports, and any amendments thereto, and each shall maintain its own
2  claims register.
3        6.    Proofs of claims shall be filed in each case in which the filing creditor
4  is asserting a claim, and identify in the caption the name of the Debtor against which the
5  claim is asserted.
6          ###

DATED: December 22, 2010

_____
United States Bankruptcy Judge

-3-

**EXHIBIT A**

| | |
|---|---|
| In re | Case No. 8:10-bk-10083-RK |
| MMFX CANADIAN HOLDINGS, INC., *et al.*, | (Jointly Administered with Case Nos.; 10-bk-10085; 10-bk-27570; 10-bk-27571; and 10-bk-27572) |
| Debtors. | Chapter 11 |
| ☐ Affects MMFX Canadian Holdings, Inc. | |
| ☐ Affects MMFX International Holdings, Inc. | |
| ☐ Affects Fasteel Corporation | |
| ☐ Affects MMFX Steel Corporation of America | |
| ☐ Affects, MMFX Technologies Corporation | |
| ☐ Affects all Debtors | |

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

SANTA ANA DIVISION

**EXHIBIT A**

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (*specify*) **ORDER AUTHORIZING JOINT ADMINISTRATION OF RELATED CHAPTER 11 CASES** was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of **_December 22, 2010_**, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

> Nancy S Goldenberg nancy.goldenberg@usdoj.gov
> Ori Katz okatz@sheppardmullin.com
> Justin E Rawlins  jrawlins@winston.com
> United States Trustee (SA) ustpregion16.sa.ecf@usdoj.gov

☐ Service information continued on attached page

**II. SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

> MMFX Technologies Corporation
> 2415 Campus Drive, Suite 100
> Irvine, CA 92612

☐ Service information continued on attached page

**III. TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s), and/or email address(es) indicated below:

| | | |
|---|---|---|
| Fourth Third LLC | Investment Funding Incorporated | Townsend & Townsend & Crew |
| 375 Park Avenue, Suite 3304 | 10940 South Parker Road | Two Embarcadero Ctr, 8th Fl |
| New York, NY 10152 | PO Box 323 | San Francisco, CA 94111-3834 |
| | Parker, CO  80134 | |

☒ Service information continued on attached page

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*August 2010*                                              **F 9021-1.1.NOTICE.ENTERED.ORDER**

| | | |
|---|---|---|
| Pillsbury Winthrop LLP<br>1540 Broadway<br>New York, NY 10036 | Hatch LTD<br>2800 Speakman Drive<br>Mississauga, Ontario<br>L5K2R7 Canada | Squar Milner<br>4100 Newport Place Dr,<br>3rd Fl,<br>Newport Beach, CA 92660 |
| McGraw-Hill Construction<br>7625 Collection Center Dr<br>Chicago, IL 60693-0076 | Charles S Abbot<br>2333 South Queen Street<br>Arlington, VA 22202 | Daniel Furlan<br>2870 Albatross Street<br>San Diego, CA 92103 |
| Howard Yerusalim<br>109 Holly Hills Dr<br>Harrisburg, PA 17110 | InhouseIT<br>3193 Red Hill Avenue<br>Costa Mesa, CA 92626 | Cary Kopczynski & Co<br>10500 NE 8th St, Suite 800<br>Bellevue, WA 98004 |
| City of Los Angeles Dept of<br>Building & Safety<br>201 N Figueroa St<br>8th Fl, Room 880<br>Los Angeles, CA 90012-4869 | Lochsa Engineering<br>6345 South Jones Blvd, Suite 100<br>Las Vegas, NV 89118 | ASA Applied Systems Assoc Inc.<br>5270 Logan Ferry Road<br>Murrysville, PA 15668 |
| Hartt and Associates Inc<br>20914 Morada Court<br>Boca Raton, FL  33433 | Lindsey L. Davidson<br>4427 La Orilla<br>Rancho Santa Fe, CA  92067 | Wells Fargo Business Credit<br>1740 Broadway<br>MAC C7300-060<br>Denver, CO  80274 |
| TAMCO Capital Corporation<br>4830 W. Kennedy Boulevard, Suite 650<br>Tampa, FL 33609 | TAMCO Financial Services LLC<br>4830 W. Kennedy Boulevard, Suite 650<br>Tampa, FL 33609 | U.S. Bancorp Business Equipment<br>1310 Madrid St, Suite 106<br>Marshall, MN  56258 |
| Adelphia Metals LLC<br>Attn:  Jed Trachte, President<br>411 Main Street, Suite E<br>New Prague, MN 56071 | Glorbal Recovery Services<br>PO Box 105795<br>Atlanta, GA 30348-9864 | American Concrete Institute<br>PO Box 78000<br>Detroit, MI 48278-0297 |
| The Hartford<br>PO Box 2907<br>Hartford, CT  06104 | | |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*August 2010* **F 9021-1.1.NOTICE.ENTERED.ORDER**