1  SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
        A Limited Liability Partnership
2        Including Professional Corporations
   ORI KATZ, Cal. Bar No. 209561
3  okatz@sheppardmullin.com
   AARON J. MALO, Cal. Bar No. 179985
4  amalo@sheppardmullin.com
   CARREN B. SHULMAN (*admitted in New York*)
5  cshulman@sheppardmullin.com
   650 Town Center Drive, 4th Floor
6  Costa Mesa, California 92626-1993
   Telephone:    714-513-5100
7  Facsimile:    714-513-5130

8  Proposed Attorneys for Debtors

9
                    UNITED STATES BANKRUPTCY COURT
10
                    CENTRAL DISTRICT OF CALIFORNIA
11
                        SANTA ANA DIVISION
12
   In re                                  Case No. 8:10-bk-27572-RK
13
   MMFX Technologies Corporation,
14
                 Debtor.                   Chapter 11
15

16
                                          **AMENDED STATEMENT OF**
17                                        **FINANCIAL AFFAIRS – ITEM 3(c)**

18

19

20

21

22

23

24

25

26

27

28

1    MMFX Technologies Corporation, the debtor and debtor-in-possession (the

2   "Debtor"), hereby amends its Statement of Financial Affairs as filed on January 17, 2011,

3   by supplementing the information listed under subparagraph "c" of paragraph number 3 of

4   its Statement of Financial Affairs ("Supplement 3c").  A copy of Supplement 3c is attached

5   as Exhibit A, Exhibit B and Exhibit C to this notice.

6                       <u>Summary of Changes to Paragraph 3</u>

7    Exhibit A, Exhibit B and Exhibit C each provide a listing of the transfers from the

8   Debtor to its affiliates MMFX Steel Corporation of America, Fasteel Corporation, and

9   MMFX Steel DMCC, respectively, which transfers were made within one year of the

10  Debtor's bankruptcy filing.

11                                  <u>Notice</u>

12   The Debtor will serve this notice on (i) the Office of the United States Trustee; (ii)

13  the Official Committee of Unsecured Creditors and its counsel, and (iii) parties who

14  requested special notice.

15

16  Dated: January 26, 2011

17                        SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

18

19              By _____*/s/ Ori Katz*_____

20                                    ORI KATZ

21                              Proposed Attorneys for Debtors

22

23

24

25

26

27

28

-1-

**EXHIBIT A**

**MMFX Technologies Corporation**
Case No.8:10-bk-27572

**Supplemental Response to Q3c**
**Transfers to MMFX Steel Corporation of America made within 1 year immediately preceding the commencement of the case**

| Tran | Tran Date | Post Date | Description | Amount |
|------|-----------|-----------|-------------|--------|
| 0012070905-CK | 12/7/2009 | 12/31/2009 | ZBA transfer from TCH to STL | 21,401.28 |
| 0012080901-CK | 12/8/2009 | 12/31/2009 | ZBA transfer from TCH to STL | 21,950.98 |
| 0012090901-CK | 12/9/2009 | 12/31/2009 | ZBA transfer from TCH to STL | 10,419.48 |
| 0012140901-CK | 12/14/2009 | 12/31/2009 | ZBA transfer from TCH to STL | 17,795.71 |
| 0012150901-CK | 12/15/2009 | 12/31/2009 | ZBA transfer from TCH to STL | 5,767.83 |
| 0012160901-CK | 12/16/2009 | 12/31/2009 | ZBA transfer from TCH to STL | 4,153.54 |
| 0012170901-CK | 12/17/2009 | 12/31/2009 | ZBA transfer from TCH to STL | 9,249.22 |
| 0012180905-CK | 12/18/2009 | 12/31/2009 | ZBA transfer from TCH to STL | 26,000.00 |
| 0012120901-CK | 12/21/2009 | 12/31/2009 | ZBA transfer from TCH to STL | 38,871.29 |
| 0012220901-CK | 12/22/2009 | 12/31/2009 | ZBA transfer from TCH to STL | 1,950.89 |
| 0012230901-CK | 12/23/2009 | 12/31/2009 | ZBA transfer from TCH to STL | 399.11 |
| 0012280901-CK | 12/28/2009 | 12/31/2009 | ZBA transfer from TCH to STL | 107.07 |
| 0012010901-CK | 12/31/2009 | 12/31/2009 | ZBA transfer from TCH to STL | 22,953.27 |
| 0000123109-CK | 12/31/2009 | 12/31/2009 | ZBA transfer from TCH to STL | 1,745.52 |
| 0001041002-CK | 1/4/2010 | 1/31/2010 | ZBA Transfer from TCH to STL | 6,542.53 |
| 0001061001-CK | 1/6/2010 | 1/31/2010 | ZBA Transfer from TCH to STL | 2,849.16 |
| 0000010710-CK | 1/7/2010 | 1/31/2010 | ZBA Transfer from TCH to STL | 51,440.38 |
| 0001111001-CK | 1/11/2010 | 1/31/2010 | ZBA Transfer from TCH to STL | 7,878.30 |
| 0001131001-CK | 1/13/2010 | 1/31/2010 | ZBA Transfer from TCH to STL | 28,479.00 |
| 0000011910-CK | 1/19/2010 | 1/31/2010 | ZBA Transfer from TCH to STL | 7,140.25 |
| 0000012110-CK | 1/21/2010 | 1/31/2010 | ZBA Transfer from TCH to STL | 1,628.17 |
| 0001221003-CK | 1/22/2010 | 1/31/2010 | ZBA Transfer from TCH to STL | 331.89 |
| 0001251001-CK | 1/25/2010 | 1/31/2010 | ZBA Transfer from TCH to STL | 4,434.98 |
| 0000012610-CK | 1/26/2010 | 1/31/2010 | ZBA Transfer from TCH to STL | 605.12 |
| 0000012710-CK | 1/27/2010 | 1/31/2010 | ZBA Transfer from TCH to STL | 358.17 |
| 0000012810-CK | 1/28/2010 | 1/31/2010 | ZBA Transfer from TCH to STL | 18,688.31 |
| 0000020110-CK | 2/1/2010 | 2/28/2010 | ZBA Transfer from TCH to STL | 23,241.23 |
| 0000020210-CK | 2/2/2010 | 2/28/2010 | ZBA Transfer from TCH to STL | 31,734.61 |
| 0002041005-CK | 2/4/2010 | 2/28/2010 | ZBA Transfer from TCH to STL | 26,313.39 |
| 0000020510-CK | 2/5/2010 | 2/28/2010 | ZBA Transfer from TCH to STL | 18,088.07 |
| 0000020810-CK | 2/8/2010 | 2/28/2010 | ZBA Transfer from TCH to STL | 7,645.53 |
| 0002101005-CK | 2/10/2010 | 2/28/2010 | ZBA Transfer from TCH to STL | 2,604.17 |
| 0002111005-CK | 2/11/2010 | 2/28/2010 | ZBA Transfer from TCH to STL | 2,361.00 |
| 0000021210-CK | 2/12/2010 | 2/28/2010 | ZBA Transfer from TCH to STL | 21,495.74 |
| 0002161005-CK | 2/16/2010 | 2/28/2010 | ZBA Transfer from TCH to STL | 8,119.31 |
| 0000021810-CK | 2/18/2010 | 2/28/2010 | ZBA Transfer from TCH to STL | 23,167.34 |
| 0000022310-CK | 2/23/2010 | 2/28/2010 | ZBA Transfer from TCH to STL | 3,582.62 |
| 0003021001-CK | 3/2/2010 | 3/31/2010 | ZBA Transfer From TCH to STL | 3,672.75 |
| 0003041001-CK | 3/4/2010 | 3/31/2010 | ZBA Transfer From TCH to STL | 74.16 |

SOFA 3c

**MMFX Technologies Corporation**
Case No.8:10-bk-27572

**Supplemental Response to Q3c**

**Transfers to MMFX Steel Corporation of America made within 1 year immediately preceding the commencement of the case**

| Tran | Tran Date | Post Date | Description | Amount |
|------|-----------|-----------|-------------|-------:|
| 0003051001-CK | 3/5/2010 | 3/31/2010 | ZBA Transfer From TCH to STL | 250.00 |
| 0003091005-CK | 3/9/2010 | 3/31/2010 | ZBA Transfer From TCH to STL | 5,426.92 |
| 0003101001-CK | 3/10/2010 | 3/31/2010 | ZBA Transfer From TCH to STL | 32,941.87 |
| 0003111008-CK | 3/11/2010 | 3/31/2010 | ZBA Transfer From TCH to STL | 46,139.31 |
| 0003151001-CK | 3/15/2010 | 3/31/2010 | ZBA Transfer From TCH to STL | 54,500.27 |
| 0000031610-CK | 3/16/2010 | 3/31/2010 | ZBA Transfer From TCH to STL | 42,979.54 |
| 0000031810-CK | 3/18/2010 | 3/31/2010 | ZBA Transfer From TCH to STL | 1,938.85 |
| 0003221005-CK | 3/22/2010 | 3/31/2010 | ZBA Transfer From TCH to STL | 13,259.61 |
| 0003231001-CK | 3/23/2010 | 3/31/2010 | ZBA Transfer From TCH to STL | 7,550.75 |
| 0003251008-CK | 3/25/2010 | 3/31/2010 | ZBA Transfer From TCH to STL | 152,981.07 |
| 0000032610-CK | 3/26/2010 | 3/31/2010 | ZBA Transfer From TCH to STL | 5,066.09 |
| 0003311001-CK | 3/31/2010 | 3/31/2010 | ZBA Transfer From TCH to STL | 27,741.89 |
| 0000040110-CK | 4/1/2010 | 4/30/2010 | ZBA Transfer from TCH to STL | 2,825.23 |
| 0000040510-CK | 4/5/2010 | 4/30/2010 | ZBA Transfer from TCH to STL | 338.84 |
| 0000040610-CK | 4/6/2010 | 4/30/2010 | ZBA Transfer from TCH to STL | 37,015.34 |
| 0004081009-CK | 4/8/2010 | 4/30/2010 | ZBA Transfer from TCH to STL | 11,292.23 |
| 0000041210-CK | 4/8/2010 | 4/30/2010 | ZBA Transfer from TCH to STL | 56,306.57 |
| 0000041410-CK | 4/14/2010 | 4/30/2010 | ZBA Transfer from TCH to STL | 22,334.78 |
| 0000041510-CK | 4/15/2010 | 4/30/2010 | ZBA Transfer from TCH to STL | 832.44 |
| 0004191005-CK | 4/19/2010 | 4/30/2010 | ZBA Transfer from TCH to STL | 27,728.83 |
| 0000042010-CK | 4/20/2010 | 4/30/2010 | ZBA Transfer from TCH to STL | 3,595.33 |
| 0000042210-CK | 4/22/2010 | 4/30/2010 | ZBA Transfer from TCH to STL | 573.23 |
| 0000042610-CK | 4/23/2010 | 4/30/2010 | ZBA Transfer from TCH to STL | 21,313.34 |
| 0000042710-CK | 4/27/2010 | 4/30/2010 | ZBA Transfer from TCH to STL | 3,113.75 |
| 0004291005-CK | 4/29/2010 | 4/30/2010 | ZBA Transfer from TCH to STL | 143,100.76 |
| 0000043010-CK | 4/30/2010 | 4/30/2010 | ZBA Transfer from TCH to STL | 125,274.76 |
| 0000050310-CK | 5/3/2010 | 5/31/2010 | ZBA transfer from TCH to STL | 8,585.34 |
| 0000050510-CK | 5/5/2010 | 5/31/2010 | ZBA transfer from TCH to STL | 111,185.58 |
| 0000050710-CK | 5/7/2010 | 5/31/2010 | ZBA transfer from TCH to STL | 26,131.39 |
| 0000051010-CK | 5/10/2010 | 5/31/2010 | ZBA transfer from TCH to STL | 42,168.91 |
| 0005111001-CK | 5/11/2010 | 5/31/2010 | ZBA transfer from TCH to STL | 26,817.69 |
| 0000051310-CK | 5/13/2010 | 5/31/2010 | ZBA transfer from TCH to STL | 88,132.19 |
| 0000051410-CK | 5/14/2010 | 5/31/2010 | ZBA transfer from TCH to STL | 17,145.12 |
| 0000051710-CK | 5/17/2010 | 5/31/2010 | ZBA transfer from TCH to STL | 29,113.92 |
| 0000051810-CK | 5/18/2010 | 5/31/2010 | ZBA transfer from TCH to STL | 7,406.46 |
| 0000052010-CK | 5/20/2010 | 5/31/2010 | ZBA transfer from TCH to STL | 4,813.00 |
| 0000052410-CK | 5/24/2010 | 5/31/2010 | ZBA transfer from TCH to STL | 6,950.63 |
| 0000052510-CK | 5/25/2010 | 5/31/2010 | ZBA transfer from TCH to STL | 4,559.26 |
| 0000052710-CK | 5/27/2010 | 5/31/2010 | ZBA transfer from TCH to STL | 3,000.00 |
| 0000060210-CK | 6/2/2010 | 6/30/2010 | ZBA transfer from TCH to STL | 17,783.85 |
| 0000060410-CK | 6/4/2010 | 6/30/2010 | ZBA transfer from TCH to STL | 92,220.23 |
| 0000060810-CK | 6/8/2010 | 6/30/2010 | ZBA transfer from TCH to STL | 10,505.97 |

SOFA 3c

**MMFX Technologies Corporation**
Case No.8:10-bk-27572

**Supplemental Response to Q3c**

**Transfers to MMFX Steel Corporation of America made within 1 year immediately preceding the commencement of the case**

| Tran | Tran Date | Post Date | Description | Amount |
|------|-----------|-----------|-------------|-------:|
| 0000060910-CK | 6/9/2010 | 6/30/2010 | ZBA transfer from TCH to STL | 7,157.23 |
| 0000061410-CK | 6/14/2010 | 6/30/2010 | ZBA transfer from TCH to STL | 43,909.66 |
| 0000061510-CK | 6/15/2010 | 6/30/2010 | ZBA transfer from TCH to STL | 81,783.15 |
| 0000061710-CK | 6/17/2010 | 6/30/2010 | ZBA transfer from TCH to STL | 62,721.57 |
| 0000062110-CK | 6/21/2010 | 6/30/2010 | ZBA transfer from TCH to STL | 5,031.93 |
| 0000062210-CK | 6/22/2010 | 6/30/2010 | ZBA transfer from TCH to STL | 6,423.60 |
| 0006241001-CK | 6/24/2010 | 6/30/2010 | ZBA transfer from TCH to STL | 245.24 |
| 0006281001-CK | 6/28/2010 | 6/30/2010 | ZBA transfer from TCH to STL | 67,779.87 |
| 0000061010-CK | 6/30/2010 | 6/30/2010 | ZBA transfer from TCH to STL | 29,481.97 |
| 0007011005-CK | 7/1/2010 | 7/30/2010 | ZBA Transfer from TCH to STL | 3,239.77 |
| 0007061001-CK | 7/6/2010 | 7/30/2010 | ZBA Transfer from TCH to STL | 10,683.60 |
| 0007091001-CK | 7/9/2010 | 7/30/2010 | ZBA Transfer from TCH to STL | 27,310.54 |
| 0007131001-CK | 7/13/2010 | 7/30/2010 | ZBA Transfer from TCH to STL | 98,814.60 |
| 0007141001-CK | 7/14/2010 | 7/30/2010 | ZBA Transfer from TCH to STL | 84.33 |
| 0007201001-CK | 7/20/2010 | 7/30/2010 | ZBA Transfer from TCH to STL | 4,744.39 |
| 0000723100-CK | 7/23/2010 | 7/30/2010 | ZBA Transfer from TCH to STL | 9,199.30 |
| 0000072610-CK | 7/26/2010 | 7/30/2010 | ZBA Transfer from TCH to STL | 17,957.64 |
| 0000072810-CK | 7/28/2010 | 7/30/2010 | ZBA Transfer from TCH to STL | 2,382.51 |
| 0000072910-CK | 7/29/2010 | 7/30/2010 | ZBA Transfer from TCH to STL | 12,296.36 |
| 0008031001-CK | 8/3/2010 | 8/31/2010 | ZBA Transfer from TCH to STL | 144,193.34 |
| 0008091001-CK | 8/9/2010 | 8/31/2010 | ZBA Transfer from TCH to STL | 23,195.49 |
| 0008131001-CK | 8/13/2010 | 8/31/2010 | ZBA Transfer from TCH to STL | 231,602.35 |
| 0000081710-CK | 8/17/2010 | 8/31/2010 | ZBA Transfer from TCH to STL | 34,452.59 |
| 0008191001-CK | 8/19/2010 | 8/31/2010 | ZBA Transfer from TCH to STL | 19,586.95 |
| 0008241001-CK | 8/24/2010 | 8/31/2010 | ZBA Transfer from TCH to STL | 8,768.54 |
| 0009301010-CK | 9/30/2010 | 9/30/2010 | Total monthly ZBA transfers from TCH to STL | 443,964.19 |
| 0010311002-CK | 10/31/2010 | 10/31/2010 | Total monthly ZBA transfers from TCH to STL | 192,999.36 |
| 0000111910-CK | 11/19/2010 | 11/30/2010 | ZBA transfer from TCH to STL | 1,213.47 |
| | | | | **3,419,406.05** |

**EXHIBIT B**

**MMFX Technologies Corporation**
Case No.8:10-bk-27572

**Supplemental Response to Q3c**
**Transfers to Fasteel Corporation of America made within 1 year immediately preceding the commencement of the case**

| Tran | Tran Date | Post Date | Description | Amount |
|------|-----------|-----------|-------------|--------|
| 0012070902-CK | 12/7/2009 | 12/31/2009 | ZBA Transfer from TCH to FAS | 92.48 |
| 0012080902-CK | 12/8/2009 | 12/31/2009 | ZBA transfer from TCH to FAS | 25.68 |
| 0012140902-CK | 12/14/2009 | 12/31/2009 | ZBA transfer from TCH to FAS | 196.96 |
| 0012160903-CK | 12/16/2009 | 12/31/2009 | ZBA transfer from TCH to FAS | 104.85 |
| 0012180906-CK | 12/18/2009 | 12/31/2009 | ZBA transfer from TCH to FAS | 17.84 |
| 0012210902-CK | 12/21/2009 | 12/31/2009 | ZBA transfer from TCH to FAS | 362.60 |
| 0012220902-CK | 12/22/2009 | 12/31/2009 | ZBA transfer from TCH to FAS | 4,317.92 |
| 0012230902-CK | 12/23/2009 | 12/31/2009 | ZBA transfer from TCH to FAS | 138.95 |
| 0012290905-CK | 12/29/2009 | 12/31/2009 | ZBA transfer from TCH to FAS | 2,809.00 |
| 0001041001-CK | 1/4/2010 | 1/31/2010 | ZBA transfer from TCH to FAS | 141.79 |
| 0001061001-CK | 1/6/2010 | 1/31/2010 | ZBA transfer from TCH to FAS | 668.00 |
| 0000011110-CK | 1/11/2010 | 1/31/2010 | ZBA transfer from TCH to FAS | 155.97 |
| 0000011310-CK | 1/13/2010 | 1/31/2010 | ZBA transfer from TCH to FAS | 17.95 |
| 0000012210-CK | 1/22/2010 | 1/31/2010 | ZBA transfer from TCH to FAS | 115.26 |
| 0000012510-CK | 1/25/2010 | 1/31/2010 | ZBA transfer from TCH to FAS | 142.16 |
| 0000012910-CK | 1/29/2010 | 1/31/2010 | ZBA transfer from TCH to FAS | 2,809.00 |
| 0002021002-CK | 2/2/2010 | 2/28/2010 | ZBA transfer from TCH to FAS | 258.17 |
| 0002091002-CK | 2/9/2010 | 2/28/2010 | ZBA transfer from TCH to FAS | 18.23 |
| 0002101001-CK | 2/10/2010 | 2/28/2010 | ZBA transfer from TCH to FAS | 164.85 |
| 0002161002-CK | 2/16/2010 | 2/28/2010 | ZBA transfer from TCH to FAS | 320.61 |
| 0002221001-CK | 2/22/2010 | 2/28/2010 | ZBA transfer from TCH to FAS | 312.18 |
| 0002231002-CK | 2/23/2010 | 2/28/2010 | ZBA transfer from TCH to FAS | 121.29 |
| 0003051006-CK | 3/5/2010 | 3/31/2010 | ZBA Transfer From TCH to FAS | 93.39 |
| 0003121001-CK | 3/12/2010 | 3/31/2010 | ZBA Transfer From TCH to FAS | 222.08 |
| 0003151002-CK | 3/15/2010 | 3/31/2010 | ZBA Transfer From TCH to FAS | 645.53 |
| 0003161002-CK | 3/16/2010 | 3/31/2010 | ZBA Transfer From TCH to FAS | 1,488.23 |
| 0003231002-CK | 3/23/2010 | 3/31/2010 | ZBA Transfer From TCH to FAS | 88.94 |
| 0000032510-CK | 3/25/2010 | 3/31/2010 | ZBA Transfer From TCH to FAS | 5,618.00 |
| 0003331002-CK | 3/31/2010 | 3/31/2010 | ZBA Transfer From TCH to FAS | 262.40 |
| 0000040710-CK | 4/7/2010 | 4/30/2010 | ZBA Transfer from TCH to FAS | 49.71 |
| 0004121001-CK | 4/12/2010 | 4/30/2010 | ZBA Transfer from TCH to FAS | 278.11 |
| 0004191002-CK | 4/19/2010 | 4/30/2010 | ZBA Transfer from TCH to FAS | 174.32 |
| 0000042110-CK | 4/21/2010 | 4/30/2010 | ZBA Transfer from TCH to FAS | 105.00 |
| 0004271001-CK | 4/27/2010 | 4/30/2010 | ZBA Transfer from TCH to FAS | 270.69 |
| 0004301001-CK | 4/30/2010 | 4/30/2010 | ZBA Transfer from TCH to FAS | 2,809.00 |
| 0005101001-CK | 5/10/2010 | 5/31/2010 | ZBA Transfer from TCH to FAS | 150.18 |
| 0000051210-CK | 5/12/2010 | 5/31/2010 | ZBA Transfer from TCH to FAS | 18.42 |
| 0005171002-CK | 5/17/2010 | 5/31/2010 | ZBA Transfer from TCH to FAS | 139.63 |
| 0005181001-CK | 5/18/2010 | 5/31/2010 | ZBA Transfer from TCH to FAS | 118.51 |

**MMFX Technologies Corporation**
Case No.8:10-bk-27572

**Supplemental Response to Q3c**

**Transfers to Fasteel Corporation of America made within 1 year immediately preceding the commencement of the case**

| Tran | Tran Date | Post Date | Description | Amount |
|------|-----------|-----------|-------------|--------|
| 0000082810-CK | 5/28/2010 | 5/31/2010 | ZBA Transfer from TCH to FAS | 2,809.00 |
| 0005031001-CK | 5/31/2010 | 5/31/2010 | ZBA Transfer from TCH to FAS | 910.92 |
| 0006141001-CK | 6/14/2010 | 6/30/2010 | ZBA transfer from TCH to FAS | 493.95 |
| 0006151009-CK | 6/15/2010 | 6/30/2010 | ZBA transfer from TCH to FAS | 142.45 |
| 0000061610-CK | 6/16/2010 | 6/30/2010 | ZBA transfer from TCH to FAS | 18.42 |
| 0006171001-CK | 6/17/2010 | 6/30/2010 | ZBA transfer from TCH to FAS | 59.27 |
| 0006211001-CK | 6/21/2010 | 6/30/2010 | ZBA transfer from TCH to FAS | 42.39 |
| 0006221001-CK | 6/22/2010 | 6/30/2010 | ZBA transfer from TCH to FAS | 118.49 |
| 0000062910-CK | 6/29/2010 | 6/30/2010 | ZBA transfer from TCH to FAS | 151.43 |
| 0000063010-CK | 6/30/2010 | 6/30/2010 | ZBA transfer from TCH to FAS | 2,842.20 |
| 0007071001-CK | 7/7/2010 | 7/30/2010 | ZBA Transfer from TCH to FAS | 138.82 |
| 0000070910-CK | 7/9/2010 | 7/30/2010 | ZBA Transfer from TCH to FAS | 455.25 |
| 0007121001-CK | 7/12/2010 | 7/30/2010 | ZBA Transfer from TCH to FAS | 167.95 |
| 0007191001-CK | 7/19/2010 | 7/30/2010 | ZBA Transfer from TCH to FAS | 345.52 |
| 0007231002-CK | 7/23/2010 | 7/30/2010 | ZBA Transfer from TCH to FAS | 10.00 |
| 0000072710-CK | 7/27/2010 | 7/30/2010 | ZBA Transfer from TCH to FAS | 119.62 |
| 0007301001-CK | 7/30/2010 | 7/30/2010 | ZBA Transfer from TCH to FAS | 2,809.00 |
| 0008191002-CK | 8/19/2010 | 8/31/2010 | ZBA Transfer from TCH to FAS | 721.99 |
| 0000082010-CK | 8/20/2010 | 8/31/2010 | ZBA Transfer from TCH to FAS | 252.85 |
| 0000082310-CK | 8/23/2010 | 8/31/2010 | ZBA Transfer from TCH to FAS | 495.43 |
| 0008311001-CK | 8/31/2010 | 8/31/2010 | ZBA Transfer from TCH to FAS | 2,809.00 |
| 0000080410-CK | 9/19/2010 | 8/31/2010 | ZBA Transfer from TCH to FAS | 329.55 |
| 0000093010-CK | 9/30/2010 | 9/30/2010 | Total monthly ZBA transfers from TCH to FAS | 5,151.39 |
| 0010311001-CK | 10/31/2010 | 10/31/2010 | ZBA Transfer from TCH to FAS | 60.00 |
| | | | | 47,298.77 |

**EXHIBIT C**

**MMFX Technologies Corporation**
Case No.8:10-bk-27572

**Supplemental Response to Q3c**
**Transfers to MMFX Steel DMCC (UAE) made within 1 year immediately preceding the commencement of the case**

| Tran | Tran Date | Post Date | Description | Amount |
|------|-----------|-----------|-------------|--------|
| 0001101005-CK | 1/7/2010 | 1/7/2010 | Transfer to Dubai DMCC Acct | 12,000.00 |
| 0003091001-CK | 3/9/2010 | 3/9/2010 | Transfer to Dubai DMCC Acct | 10,000.00 |
| 0004061002-CK | 4/6/2010 | 4/6/2010 | Transfer to Dubai DMCC Acct | 20,000.00 |
| 0000051110-CK | 5/11/2010 | 5/11/2010 | Transfer to Dubai DMCC Acct | 15,000.00 |
| 0000062810-CK | 6/28/2010 | 6/28/2010 | Transfer to Dubai DMCC Acct | 15,000.00 |
| 0009021006-CK | 9/2/2010 | 9/2/2010 | Transfer to Dubai DMCC Acct | 10,000.00 |
| 0010222010-CK | 10/22/2010 | 10/22/2010 | Transfer to Dubai DMCC Acct | 15,000.00 |
| 0000113010-CK | 11/30/2010 | 11/30/2010 | Transfer to Dubai DMCC Acct | 15,000.00 |
| | | | | 112,000.00 |

SOFA 3c