OFFICE OF THE UNITED STATES TRUSTEE

CENTRAL DISTRICT OF CALIFORNIA

| In Re:<br><br>MMFX TECHNOLOGIES CORPORATION<br><br><div align="right">Debtor(s).</div> | CHAPTER 11 (BUSINESS)<br><br>Case Number: 10-27572<br>Operating Report Number: 4<br>For the Month Ending: March 31, 2011 |
| --- | --- |

## I. CASH RECEIPTS AND DISBURSEMENTS
### A. (GENERAL ACCOUNT*)

1. TOTAL RECEIPTS PER ALL PRIOR GENERAL ACCOUNT REPORTS — 625,929.07

2. LESS: TOTAL DISBURSEMENTS PER ALL PRIOR GENERAL ACCOUNT REPORTS — 613,393.33

3. BEGINNING BALANCE: — 12,535.74

4. RECEIPTS DURING CURRENT PERIOD:
Deposit Transfers from Other MMFX Entities -
Post Filing — 500,000.00
DIP Financing Proceeds — 600,000.00
Miscellaneous Cash Receipts — 4,040.87
Other (Specify) —
**Other (Specify) —

TOTAL RECEIPTS THIS PERIOD: — 1,104,040.87

5. BALANCE: — 1,116,576.61

6. LESS: TOTAL DISBURSEMENTS DURING CURRENT PERIOD
Transfers to Other DIP Accounts (from page 2) — 670.00
Disbursements (from page 2) — 1,086,966.77

TOTAL DISBURSEMENTS THIS PERIOD:*** — 1,087,636.77

7. ENDING BALANCE: — 28,939.84

8. General Account Number(s): 465076651 - pre petition (closed 02/11)
1329604811 - post petition
Depository Name & Location: Wells Fargo Bank, N.A.  Irvine, CA

---

\* All receipts must be deposited into the general account.

\** Include receipts from the sale of any real or personal property out of the ordinary course of business; attach an exhibit specifying what was sold,
to whom, terms, and date of Court Order or Report of Sale.

\***This amount should be the same as the total from page 2.

| Date mm/dd/yyyy | Check Number | Payee or DIP account | Purpose | *Amount Transfered | **Amount Disbursed | Amount |
|---|---|---|---|---|---|---|
| 3/1/2011 | 0000300121 | CVK Partners, LP/Tiar | Rent | | 13,855.04 | 13,855.04 |
| 3/1/2011 | 0000300123 | Janice Gitchell | Consultant | | 3,424.33 | 3,424.33 |
| 3/1/2011 | 0000300122 | Lindsey Davidson | DIP Interest | | 3,033.33 | 3,033.33 |
| 3/1/2011 | 0000300126 | Premium Financing Spe | insurance | | 10,705.85 | 10,705.85 |
| 3/2/2011 | 0000300129 | KPMG Corporate Finan | Ch 11 Professional fees | | 35,000.00 | 35,000.00 |
| 3/2/2011 | 0000300130 | KPMG Corporate Finan | Ch 11 Professional fees | | 50,000.00 | 50,000.00 |
| 3/2/2011 | 0003022011 | Wells Fargo bank | H.S.A adm fees | | 127.50 | 127.50 |
| 3/3/2011 | 0000303111 | American Metal Market | Dues & Sub | | 1,395.00 | 1,395.00 |
| 3/3/2011 | 0000303112 | American Metal Market | Dues & Sub | | 1,465.00 | 1,465.00 |
| 3/3/2011 | 0000300143 | Blue Shield of Californ | insurance | | 18,719.00 | 18,719.00 |
| 3/3/2011 | 0000300149 | David Miller | Expense reimbursement | | 74.00 | 74.00 |
| 3/3/2011 | 0000300145 | Federal Express | Postage | | 73.58 | 73.58 |
| 3/3/2011 | 0000300146 | Hasler, Inc. | Supplies | | 223.69 | 223.69 |
| 3/3/2011 | 0000300147 | Imperial Credit Corpora | insurance | | 3,483.41 | 3,483.41 |
| 3/3/2011 | 0000300148 | Johnny H. Kwok | Expense reimbursement | | 330.00 | 330.00 |
| 3/3/2011 | 0000300151 | Michael W. Pompay | Expense reimbursement | | 1,395.89 | 1,395.89 |
| 3/3/2011 | 0000300144 | Mizka Brick | Expense reimbursement | | 73.91 | 73.91 |
| 3/3/2011 | 0000300150 | Pacific Industrial Water | Supplies | | 50.00 | 50.00 |
| 3/3/2011 | 0000300152 | Principal Life Group, G | insurance | | 2,150.81 | 2,150.81 |
| 3/3/2011 | 0000030111 | Sage Software, Inc | Software | | 804.75 | 804.75 |
| 3/3/2011 | 0000300153 | Tamco Financial Servic | lease | | 652.56 | 652.56 |
| 3/3/2011 | 0000300154 | Vision Service Plan - (C | insurance | | 104.20 | 104.20 |
| 3/4/2011 | 0003042011 | Sage Software, Inc | Software | | 804.75 | 804.75 |
| 3/4/2011 | 0000030411 | Staples | Supplies | | 229.83 | 229.83 |
| 3/9/2011 | 0000030911 | US Airways | Travel | | 551.40 | 551.40 |
| 3/10/2011 | 0000030811 | American Airlines | Travl | | 479.70 | 479.70 |
| 3/10/2011 | 0000310112 | American Airlines | Travl | | 498.70 | 498.70 |
| 3/10/2011 | 0000300155 | Art Lupia | Expense reimbursement | | 1,273.53 | 1,273.53 |
| 3/10/2011 | 0000300162 | Art Lupia | Expense reimbursement | | 1,510.99 | 1,510.99 |
| 3/10/2011 | 0000300156 | AT & T | Telephone | | 290.27 | 290.27 |
| 3/10/2011 | 0000300157 | AT& T Mobility | Telephone | | 93.11 | 93.11 |
| 3/10/2011 | 0000031011 | Fasteel Corporation | Transfer | 70.00 | | 70.00 |
| 3/10/2011 | 0000300158 | Federal Express | Postage | | 304.23 | 304.23 |
| 3/10/2011 | 0000300159 | Fidelity Investments | Benefit fees | | 487.80 | 487.80 |
| 3/10/2011 | 0000300167 | James R. Simpson | Consultant | | 1,380.10 | 1,380.10 |
| 3/10/2011 | 0000300161 | Johnny H. Kwok | Expense reimbursement | | 475.67 | 475.67 |
| 3/10/2011 | 0000300168 | Kilpatrick Townsend & | Ch 11 Professional fees | | 21,904.00 | 21,904.00 |
| 3/10/2011 | 0000300169 | Kilpatrick Townsend & | Ch 11 Professional fees | | 34,636.00 | 34,636.00 |
| 3/10/2011 | 0000300163 | Sage Software, Inc | Software | | 1,615.33 | 1,615.33 |
| 3/10/2011 | 0000300164 | Sparkletts | Supplies | | 94.59 | 94.59 |
| 3/10/2011 | 0000300160 | Tracey Kleimeyer | Consultant | | 696.00 | 696.00 |
| 3/10/2011 | 0000300165 | TW Telecom | Telephone | | 859.99 | 859.99 |
| 3/10/2011 | 0000310111 | US Airways | Travel | | 31.00 | 31.00 |
| 3/10/2011 | 0000310113 | US Airways | Travel | | 750.40 | 750.40 |
| 3/10/2011 | 0000300166 | Verizon Wireless | Telephone | | 132.66 | 132.66 |
| 3/11/2011 | 0000311112 | Southwest Airlines | Travel | | 387.40 | 387.40 |
| 3/11/2011 | 0003112011 | Wells Fargo Bank | Bank Fees | | 93.04 | 93.04 |
| 3/14/2011 | 0000031411 | 1800 Flowers | Supplies | | 59.79 | 59.79 |
| 3/14/2011 | 0000314112 | Hilton Hotels | Travel | | 209.79 | 209.79 |
| 3/14/2011 | 0000314113 | Hilton Hotels | Travel | | 209.54 | 209.54 |
| 3/14/2011 | 0000314114 | Hilton Hotels | Travel | | 194.52 | 194.52 |
| 3/14/2011 | 0000314115 | Hilton Hotels | Travel | | 102.35 | 102.35 |
| 3/14/2011 | 0000314117 | Tramontana | Telephone | | 184.49 | 184.49 |
| 3/14/2011 | 0000314116 | US Airways | Travel | | 25.00 | 25.00 |
| 3/16/2011 | 0000031611 | Hasler, Inc. | Supplies | | 300.00 | 300.00 |
| 3/16/2011 | 0000314111 | Hilton Hotels | Travel | | 229.11 | 229.11 |
| 3/17/2011 | 0000300177 | Amy Van Amburgh | Expense reimbursement | | 243.14 | 243.14 |
| 3/17/2011 | 0000300170 | AT &T Long Distance | Telephone | | 0.40 | 0.40 |

| Date mm/dd/yyyy | Check Number | Payee or DIP account | Purpose | *Amount Transfered | **Amount Disbursed | Amount |
|---|---|---|---|---|---|---|
| 3/17/2011 | 0000300171 | Beverly Atwood | Expense reimbursement | | 67.91 | 67.91 |
| 3/17/2011 | 0000300172 | CIT Technology Fin Se | lease | | 717.76 | 717.76 |
| 3/17/2011 | 0000031711 | Fasteel Corporation | Transfer | 300.00 | | 300.00 |
| 3/17/2011 | 0000300173 | Federal Express | Postage | | 181.19 | 181.19 |
| 3/17/2011 | 0000300174 | Kilpatrick Townsend & | Ch 11 Professional fees | | 8,320.35 | 8,320.35 |
| 3/17/2011 | 0000300175 | Merrill Communication | IT - data website | | 558.90 | 558.90 |
| 3/17/2011 | 0000300176 | TMOBILE | Telephone | | 572.78 | 572.78 |
| 3/18/2011 | 0000031811 | Staples | Supplies | | 206.14 | 206.14 |
| 3/18/2011 | 0000300178 | Weiland, Golden, Smile | Ch 11 Professional fees | | 26,528.96 | 26,528.96 |
| 3/21/2011 | 0000032111 | MMFX STEEL DMC | UAE operations | | 15,000.00 | 15,000.00 |
| 3/21/2011 | 0000321112 | Shutterstock Images, Ll | Supplies | | 49.00 | 49.00 |
| 3/24/2011 | 0000300180 | AT&T | Telephone | | 136.13 | 136.13 |
| 3/24/2011 | 0000300183 | Charles Gathers | Expense reimbursement | | 354.47 | 354.47 |
| 3/24/2011 | 0000300181 | Concrete Reinforcing St | Dues | | 479.17 | 479.17 |
| 3/24/2011 | 0000300184 | Deborah Hsu | Consultant | | 470.00 | 470.00 |
| 3/24/2011 | 0000032411 | Fasteel Corporation | Transfer | 300.00 | | 300.00 |
| 3/24/2011 | 0000300182 | Federal Express | Postage | | 263.47 | 263.47 |
| 3/24/2011 | 0000300179 | Mark Ashdown | Expense reimbursement | | 124.95 | 124.95 |
| 3/24/2011 | 0000300186 | Michael W. Pompay | Expense reimbursement | | 629.91 | 629.91 |
| 3/24/2011 | 0000300187 | Sparkletts | Supplies | | 123.07 | 123.07 |
| 3/24/2011 | 0000300185 | Tracey Kleimeyer | Consultant | | 1,116.00 | 1,116.00 |
| 3/28/2011 | 0000300188 | Imperial Credit Corpora | insurance | | 4,134.00 | 4,134.00 |
| 3/28/2011 | 0000300189 | Premium Financing Spe | insurance | | 10,705.85 | 10,705.85 |
| 2/24/2011 | 0000300116 | Premium Financing Spe | Insurance - void | | (10,705.85) | (10,705.85) |
| 3/29/2011 | 0000300190 | Arizona Department of | Tax | | 50.00 | 50.00 |
| 3/29/2011 | 0000300191 | Franchise Tax Board | Tax | | 2,400.00 | 2,400.00 |
| 3/29/2011 | 0000300192 | Oregon Dept. of Revenu | Tax | | 150.00 | 150.00 |
| 3/29/2011 | 0000032911 | Sheppard, Mullin, Rich | Ch 11 Professional fees | | 700,000.00 | 700,000.00 |
| 3/30/2011 | 0000033011 | Staples | Supplies | | 348.97 | 348.97 |
| 3/31/2011 | 0000330112 | CDW | Supplies | | 544.10 | 544.10 |
| 3/31/2011 | 0003291101 | HSA Funding | Benefit fees | | 5,494.00 | 5,494.00 |
| 3/31/2011 | 0003311102 | Sage Software, Inc | Software | | 804.75 | 804.75 |
| 3/31/2011 | 0000033111 | Staples | Supplies | | 119.59 | 119.59 |
| 3/11/2011 | ACH | Fidelity | Payroll | | 49,609.07 | 49,609.07 |
| 3/29/2011 | ACH | Fidelity | Payroll | | 48,931.66 | 48,931.66 |
| | | | | | | - |
| | | TOTAL DISBURSEMENTS THIS PERIOD: | | 670.00 | 1,086,966.77 | $1,087,636.77 |

* Fill in amounts in this column if they are TRANSFERS to another DIP account (e.g. Payroll or Tax), the "amount" column will
be filled in for you.

** Fill in amounts in this column if they are DISBURSEMENTS to outside payees; the "amount" column will be filled in for you.

BANK RECONCILIATION

| Bank statement Date: | 3/31/2011 | Balance on Statement: | $45,244.88 |

Plus deposits in transit (a):

| Deposit Date | Deposit Amount |
|---|---|
| | |
| | |
| | |
| | |
| | |
| | |

TOTAL DEPOSITS IN TRANSIT                                    0.00

Less Outstanding Checks (a):

| Check Number | Check Date | Check Amount |
|---|---|---|
| 0000300027-CK | 1/10/2011 | 291.67 |
| 0000300089-CK | 2/10/2011 | 470.00 |
| 0000300179-CK | 3/24/2011 | 124.95 |
| 0000300184-CK | 3/24/2011 | 470.00 |
| 0000300186-CK | 3/24/2011 | 629.91 |
| 0000300189-CK | 3/28/2011 | 10,705.85 |
| 0000300190-CK | 3/29/2011 | 50.00 |
| 0000300191-CK | 3/29/2011 | 2,400.00 |
| 0000300192-CK | 3/29/2011 | 150.00 |
| 0000033011-CK | 3/30/2011 | 348.97 |
| 0000033111-CK | 3/31/2011 | 119.59 |
| 0000330112-CK | 3/31/2011 | 544.10 |

TOTAL OUTSTANDING CHECKS:                                    16,305.04

Bank statement Adjustments:
Explanation of Adjustments-

ADJUSTED BANK BALANCE:                                    $28,939.84

* It is acceptable to replace this form with a similar form
** Please attach a detailed explanation of any bank statement adjustment

I. CASH RECEIPTS AND DISBURSEMENTS
B. (PAYROLL ACCOUNT)

1.  TOTAL RECEIPTS PER ALL PRIOR PAYROLL ACCOUNT REPORTS                    _____

2.  LESS:  TOTAL DISBURSEMENTS PER ALL PRIOR PAYROLL
ACCOUNT REPORTS                                                           _____

3.  BEGINNING BALANCE:                                          | 0.00 |

4.  RECEIPTS DURING CURRENT PERIOD:                                       _____
    (Transferred from General Account)

5.  BALANCE:                                                   | 0.00 |

6.  LESS: TOTAL DISBURSEMENTS DURING CURRENT PERIOD
    TOTAL DISBURSEMENTS THIS PERIOD:***                        | 0.00 |

7.  ENDING BALANCE:                                            | 0.00 |

8. PAYROLL Account Number(s):            N/A  _____

    Depository Name & Location:         _____
                                        _____
                                        _____

POST ALL DISBURSEMENTS FROM GENERAL ACCOUNT FOR CURRENT PERIOD

| Date mm/dd/yyyy | Check Number | Payee | Purpose | Amount |
|---|---|---|---|---|
| | | N/A | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

TOTAL DISBURSEMENTS THIS PERIOD: 0.00

PAYROLL ACCOUNT
BANK RECONCILIATION

Bank statement Date:  <u>N/A</u>                     Balance on Statement:  _____

Plus deposits in transit (a):

|  | Deposit Date | Deposit Amount |  |
|---|---|---|---|
|  | _____ | _____ |  |
|  | _____ | _____ |  |
|  | _____ | _____ |  |
|  | _____ | _____ |  |
|  | _____ | _____ |  |
|  | _____ | _____ |  |

TOTAL DEPOSITS IN TRANSIT                                            | 0.00 |

Less Outstanding Checks (a):

|  | Check Number | Check Date | Check Amount |
|---|---|---|---|

TOTAL OUTSTANDING CHECKS:                                           | 0.00 |

Bank statement Adjustments:                                _____
Explanation of Adjustments-

ADJUSTED BANK BALANCE:                                             | $0.00 |

I. CASH RECEIPTS AND DISBURSEMENTS
C. (TAX ACCOUNT)

1.  TOTAL RECEIPTS PER ALL PRIOR TAX ACCOUNT REPORTS    _____

2.  LESS:  TOTAL DISBURSEMENTS PER ALL PRIOR TAX
ACCOUNT REPORTS    _____

3.  BEGINNING BALANCE:    | 0 |

4.  RECEIPTS DURING CURRENT PERIOD:
(Transferred from General Account)    _____

5.  BALANCE:    | 0.00 |

6.  LESS: TOTAL DISBURSEMENTS DURING CURRENT PERIOD
TOTAL DISBURSEMENTS THIS PERIOD:***    | 0.00 |

7.  ENDING BALANCE:    | 0.00 |

8.  TAX Account Number(s):    N/A _____
_____

Depository Name & Location:    _____
_____

TOTAL DISBURSEMENTS FROM TAX ACCOUNT FOR CURRENT PERIOD

| Date mm/dd/yyyy | Check Number | Payee | Purpose | Amount |
|---|---|---|---|---|
| | | N/A | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

| | |
|---|---|
| TOTAL DISBURSEMENTS THIS PERIOD: | 0.00 |

TAB No. ___ FOR (A) ___

## BANK RECONCILIATION

Bank statement Date: ___N/A___          Balance on Statement: _____

Plus deposits in transit (a):

| Deposit Date | Deposit Amount | |
|---|---|---|
| _____ | _____ | |
| _____ | _____ | |
| _____ | _____ | |
| _____ | _____ | |
| _____ | _____ | |
| _____ | _____ | |

TOTAL DEPOSITS IN TRANSIT                                                    | 0.00 |

Less Outstanding Checks (a):

| Check Number | Check Date | Check Amount |
|---|---|---|
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |

TOTAL OUTSTANDING CHECKS:                                                    | 0.00 |

Bank statement Adjustments:                                          _____
Explanation of Adjustments-

ADJUSTED BANK BALANCE:                                                    | $0.00 |

ENDING BALANCES FOR THE PERIOD:

(Provide a copy of monthly account statements for each of the below)

|  | | |
|---|---|---|
| General Account: | 28,939.84 | |
| Payroll Account: | | |
| Tax Account: | | |

*Other Accounts: _____    _____

_____    _____

_____    _____

*Other Monies: _____    _____

**Petty Cash (from below): | 0.00 |

TOTAL CASH AVAILABLE: | 28,939.84 |

Petty Cash Transactions:

| Date | Purpose | Amount |
|---|---|---|
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |

TOTAL PETTY CASH TRANSACTIONS: | 0.00 |

AND OTHER UNEXPIRED LEASES AND EXECUTORY CONTRACTS

| Creditor, Lessor, Etc. | Frequency of Payments (Mo/Qtr) | Amount of Payment | Post-Petition payments not made (Number) | Total Due |
|---|---|---|---|---|
| Tamco Financial Services | MO | 652.56 | | 22,500.00 |
| CIT Technology Fin Serv | MO | 717.76 | | unknown |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | TOTAL DUE: | 22,500.00 |

## III. TAX LIABILITIES

FOR THE REPORTING PERIOD:

Gross Sales Subject to Sales Tax: _____

Total Wages Paid: 92,647.38

| | Total Post-Petition Amounts Owing | Amount Delinquent | Date Delinquent Amount Due |
|---|---|---|---|
| Federal Withholding | | | |
| State Withholding | | | |
| FICA- Employer's Share | | | |
| FICA- Employee's Share | | | |
| Federal Unemployment | | | |
| Sales and Use | | | |
| Real Property | | | |
| Other: _____ | Page 11 of 16 | | |
| TOTAL: | 0.00 | 0.00 | |

| | *Accounts Payable Post-Petition | Accounts Receivable | |
| --- | --- | --- | --- |
| | | Pre-Petition | Post-Petition |
| 30 days or less | 42,359.31 | | |
| 31 - 60 days | 566.30 | | |
| 61 - 90 days | 65.25 | | |
| 91 - 120 days | 712.90 | | |
| Over 120 days | 436.14 | | |
| TOTAL: | 44,139.90 | 0.00 | 0.00 |

## V. INSURANCE COVERAGE

| | Name of Carrier | Amount of Coverage | Policy Expiration Date | Premium Paid Through (Date) |
| --- | --- | --- | --- | --- |
| General Liability | Zurich | $2 Million | 2/1/2012 | 4/30/2011 |
| Worker's Compensation | Zurich | $1 Million | 2/1/2012 | 4/30/2011 |
| Vehicle | Zurich | $1 Million | 2/1/2012 | 4/30/2011 |
| D&O | Chartis / Allied World | $10 Million | 6/30/2011 | 4/30/2011 |
| Others: Property | Zurich | $8.2 Million | 2/1/2012 | 4/30/2011 |
| Umbrella | Zurich | $10 Million | 2/1/2012 | 4/30/2011 |

## VI. UNITED STATES TRUSTEE QUARTERLY FEES
### (TOTAL PAYMENTS)

| Quarterly Period Ending (Date) | Total Disbursements | Quarterly Fees | Date Paid | Amount Paid | Quarterly Fees Still Owing |
| --- | --- | --- | --- | --- | --- |
| 31-Dec-2010 | 69,218.07 | 650.00 | 1-Feb-2011 | 650.00 | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | 650.00 | | 650.00 | 0.00 |

* Post-Petition Accounts Payable SHOULD NOT include professionals' fees and expenses which have been incurred but not yet awarded by the court. Post-Petition
Accounts Payable SHOULD include professionals' fees and expenses authorized by Court Order but which remain unpaid as of the close of the period report

VII. SCHEDULE OF COMPENSATION PAID TO INSIDERS

| Name of Insider | Date of Order Authorizing Compensation | *Authorized Gross Compensation | Gross Compensation Paid During the Month |
|---|---|---|---|
| Charles Gathers | | $5,000.00/semi monthly | 10,000.00 |
| Michael Pompay | | $6,250.00/semi monthly | 12,500.00 |
| Art Lupia | | $6,250.00/semi monthly + comm | 13,214.86 |
| Salem Faza | | $6,250.00/semi monthly | 12,500.00 |
| Mark Ashdown | | $70.00/hr | 6,807.50 |
| Amy Van Amburgh | | $5,416.67/semi monthly | 10,833.34 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

## VIII.  SCHEDULE OF OTHER AMOUNTS PAID TO INSIDERS

| Name of Insider | Date of Order Authorizing Compensation | Description | Amount Paid During the Month |
|---|---|---|---|
| Amy Van Amburgh | | Expense reimbursement | 243.14 |
| Art Lupia | | Expense reimbursement | 1,273.53 |
| Art Lupia | | Expense reimbursement | 1,510.99 |
| Charles Gathers | | Expense reimbursement | 354.47 |
| Mark Ashdown | | Expense reimbursement | 124.95 |
| Michael W. Pompay | | Expense reimbursement | 1,395.89 |
| Michael W. Pompay | | Expense reimbursement | 629.91 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

* Please indicate how compensation was identified in the order (e.g. $1,000/week, $2,500/month)

IX. PROFIT AND LOSS STATEMENT
(ACCRUAL BASIS ONLY)

*See attached consolidated statement*

**UNAUDITED**
**MMFX Technologies Corporation**
**Consolidated U.S. Income Statement**
**For the Current Period Ended March 31, 2010**
**For the Cumulative Post-Petition Period December 14 to March 31, 2010**

| | MMFX Steel | | Fasteel | | Corporate | | Consolidated. | |
|---|---|---|---|---|---|---|---|---|
| | Current Month | Cumulative Post-Petition | Current Month | Cumulative Post-Petition | Current Month | Cumulative Post-Petition | Current Month | Cumulative Post-Petition |
| **Sales Revenue:** | | | | | | | | |
| Gross Sales/Revenue | 564,924.96 | 1,976,362 | - | - | - | - | 564,925 | 1,976,362 |
| Less: Returns/Discounts | - | (288) | - | - | - | - | - | (288) |
| **Net Sales/Revenue** | **564,925** | **1,976,074** | **-** | **-** | **-** | **-** | **564,925** | **1,976,074** |
| | | | | | | | | |
| Cost of Goods Sold | 50,305 | 373,545 | - | - | - | - | 50,305 | 373,545 |
| **Gross Profit** | **514,620** | **1,602,530** | **-** | **-** | **-** | **-** | **514,620** | **1,602,530** |
| **Operating Expenses:** | | | | | | | | |
| Payroll - Insiders | - | - | - | - | 65,141 | 267,642 | 65,141 | 267,642 |
| Payroll - Other Exmployees | 88,355 | 359,911 | - | 10,000 | 27,192 | 103,435 | 115,547 | 473,346 |
| Commissions | 19,480 | 60,575 | - | - | - | - | 19,480 | 60,575 |
| Relocation Expense | - | 826 | - | - | - | - | - | 826 |
| Payroll Taxes | 7,590 | 39,595 | - | 997 | 7,075 | 34,917 | 14,665 | 75,509 |
| Employee Benefits | 17,041 | 60,059 | - | 2,121 | 22,178 | 52,697 | 39,219 | 114,876 |
| Temporary Labor | 5,980 | 21,283 | - | - | 6,274 | 19,400 | 12,253 | 40,663 |
| Other Taxes | - | - | - | - | - | - | - | - |
| Depreciation and Amortization | 38,250 | 135,141 | 1,200 | 4,297 | 12,335 | 46,474 | 51,785 | 185,912 |
| Rent Expense - Real Property | 78,290 | 247,559 | 2,809 | 10,058 | 13,855 | 42,105 | 94,954 | 299,722 |
| Lease Expense - Personal Property | - | - | - | - | 653 | 3,263 | 653 | 3,263 |
| Equipment Rental | 758 | 2,860 | 50 | 200 | 533 | 3,040 | 1,341 | 6,100 |
| Software and Equipment Purchases | 3,620 | 3,620 | - | - | 1,720 | 4,419 | 5,339 | 8,039 |
| Insurance | 5,608 | 18,560 | 649 | 1,986 | 3,917 | (43,388) | 10,175 | (22,842) |
| Real Property Taxes | 688 | 2,463 | 101 | 360 | 183 | 551 | 971 | 3,374 |
| Telephone and Utilities | 8,454 | 40,027 | 861 | 1,974 | 4,289 | 12,296 | 13,604 | 54,296 |
| Repairs and Maintenance | 946 | 4,398 | - | - | 188 | 673 | 1,134 | 5,071 |
| Travel and Entertainment | 21,851 | 49,836 | - | - | 13,172 | 27,766 | 35,023 | 77,602 |
| Supplies | 6,494 | 24,151 | - | - | 4,371 | 8,617 | 10,866 | 32,768 |
| Postage and Freight | 4,169 | 24,807 | - | - | 953 | 2,476 | 5,122 | 27,284 |
| Janitorial | - | - | - | - | - | - | - | - |
| Security | - | 125 | - | 165 | - | - | - | 290 |
| IT Services | - | - | - | - | - | - | - | - |
| Dues & Subscriptions | 145 | 367 | - | - | 4,453 | 8,949 | 4,598 | 9,316 |
| Payroll and Banking Serivces | 144 | 1,426 | 20 | 50 | 559 | 1,508 | 723 | 2,985 |
| Other Professional Fees | 2,021 | 2,681 | - | - | 12,157 | (12,019) | 14,178 | (9,337) |
| Board Fees | - | - | - | - | - | - | - | - |
| Other Misc | 3,136 | 5,403 | 68 | 95 | 1,060 | 6,182 | 4,264 | 11,680 |
| Total Operating Expenses | 313,020 | 1,105,650 | 5,758 | 32,304 | 202,256 | 591,005 | 521,035 | 1,728,959 |
| **Net Gain / (Loss) from Operations** | **201,599** | **496,879** | **(5,758)** | **(32,304)** | **(202,256)** | **(591,005)** | **(6,415)** | **(126,429)** |
| **Non-Operating Income:** | | | | | | | | |
| Interest Income | - | - | - | - | - | - | - | - |
| Other Income | - | - | - | - | 76 | 240 | 76 | 240 |
| Total Non-Operating Income | - | - | - | - | 76 | 240 | 76 | 240 |
| | | | | | | | | |
| **Non-Operating Expenses:** | | | | | | | | |
| Interest Expense - cash | 365 | 9,458 | - | - | 7,025 | 12,199 | 7,390 | 21,657 |
| Legal / Accounting | 647 | 5,339 | - | 325 | 435,312 | 1,086,139 | 435,959 | 1,091,803 |
| Stock-based Compensation - non-cash | - | - | - | - | 26,588 | 97,793 | 26,588 | 97,793 |
| Other Expense | - | - | - | - | - | - | - | - |
| Total Non-Operating Expenses | 1,012 | 14,797 | - | 325 | 468,925 | 1,196,131 | 469,937 | 1,211,252 |
| Income Taxes | 500 | 500 | - | - | 2,600 | 2,600 | 3,100 | 3,100 |
| Taxes | 500 | 500 | - | 2,600 | 2,600 | 2,600 | 3,100 | 3,100 |
| **NET INCOME/ (LOSS)** | **200,088** | **481,583** | **(5,758)** | **(35,229)** | **(673,705)** | **(1,789,496)** | **(479,375)** | **(1,340,542)** |

X. BALANCE SHEET
ON CASH BASIS ONLY

*See attached consolidated statement*

X

# MMFX Technologies Corporation

**Balance Sheet**
**For the Period Ended March 31, 2010**

| | Steel | Fasteel | Corporate | Eliminations | US Consolidated |
|---|---:|---:|---:|---:|---:|
| **ASSETS** | | | | | |
| **Current Assets** | | | | | |
| Cash | 696,507 | 91 | 29,384 | | 725,982 |
| Accounts receivable, net | 643,965 | - | - | | 643,965 |
| Accounts receivable, intercompany | - | - | 216,708 | (216,708) | |
| Due from WFB | 3,500 | - | - | | 3,500 |
| Notes Receivable | - | - | 5,000 | | 5,000 |
| Inventory | 894,001 | - | - | | 894,001 |
| Prepaid Expense | 2,751 | 302 | 60,232 | | 63,285 |
| Prepaid Interest | 37,003 | - | - | | 37,003 |
| **Total Current Assets** | 2,277,727 | 393 | 311,324 | (216,708) | 2,372,736 |
| **Fixed Assets** | | | | | |
| Land, Building & Leasehold Impr. | 105,951 | | 33,585 | | 139,536 |
| Computer Equipment & Software | 195,774 | 14,530 | 540,116 | | 750,420 |
| Furniture, Fixtures & Equip. | 105,373 | 143,944 | 203,453 | | 452,770 |
| Production Equip. & Vehicles | 3,075,009 | 28,032 | | | 3,103,041 |
| Construction-in-Process | 71,343 | | | | 71,343 |
| Less Accumulated Depreciation | (2,111,107) | (162,055) | (734,229) | | (3,007,391) |
| **Total Fixed Assets** | 1,442,343 | 24,451 | 42,925 | - | 1,509,719 |
| **Other Assets** | | | | | |
| Investment In US subsidaries | - | - | 20,844,832 | (20,844,832) | |
| Investment In UAE | - | - | 540,989 | 216,708 | 757,697 |
| Patents, net of amortization | - | - | 1,188,770 | | 1,188,770 |
| Other Intangibles | - | - | 33,659 | | 33,659 |
| Deposits - long term | 90,333 | 295 | 21,325 | | 111,953 |
| Cash on Deposit for Compensating Balance | - | - | - | | |
| **Total Other Assets** | 90,333 | 295 | 22,629,575 | (20,628,124) | 2,092,079 |
| **TOTAL ASSETS** | 3,810,403 | 25,139 | 22,983,824 | (20,844,832) | 5,974,534 |
| **LIABILITIES** | | | | | |
| **Post Petition** | | | | | |
| Accounts Payable, post filing | 47,507 | 3,182 | 44,140 | | 94,829 |
| Accrued Interest | - | - | 2,903 | | 2,903 |
| Accrued Expenses | - | - | 273,062 | | 273,062 |
| DIP Financing | - | - | 990,000 | | 990,000 |
| **Total Postpetition Liabilitites** | 47,507 | 3,182 | 1,310,105 | - | 1,360,794 |
| **Pre Petition** | | | | | |
| Notes Payable - secured | 437,911 | - | 500,000 | | 937,911 |
| Accrued Interest - secured | - | - | 2,097 | | 2,097 |
| Accrued Taxes - priority | 62,917 | - | - | | 62,917 |
| Accounts Payable, pre filing unsecured | 637,859 | 4,883 | 307,454 | | 950,196 |
| Accrued Expenses - unsecured | 417,958 | - | 210,733 | | 628,691 |
| Accrued Interest - unsecured | - | - | 9,818,134 | | 9,818,134 |
| Notes Payable - unsecured | - | - | 52,820,808 | | 52,820,808 |
| Customer Deposits - unsecured | 1,196,563 | - | - | | 1,196,563 |
| **Total Prepetition Liabilitites** | 2,753,208 | 4,883 | 63,659,226 | - | 66,417,317 |
| Capital Leases - long term secured | 13,374 | - | - | | 13,374 |
| **Total Long Term Liabilities** | 13,374 | - | - | - | 13,374 |
| **TOTAL LIABILITIES** | 2,814,089 | 8,065 | 64,969,331 | | 67,791,485 |
| **EQUITY** | | | | | |
| Pre-Petition Shareholder Equity | 17,301,982 | 3,845,223 | 68,521,052 | (21,147,205) | 68,521,052 |
| Post-Petition Shareholder Equity | 154,673 | 28,867 | 97,793 | (183,541) | 97,792 |
| Pre-Petition Retained Earnings (Loss) | (16,741,836) | (3,824,387) | (110,661,993) | | (131,228,216) |
| Post-petition Profit/(Loss) | 481,583 | (32,629) | (1,789,496) | - | (1,340,542) |
| Other Comprehensive Income | | | 1,847,139 | | 1,847,139 |
| **Total Equity** | 1,196,402 | 17,074 | (41,985,505) | (21,330,746) | (62,102,775) |
| **TOTAL LIABILITIES & EQUITY** | 4,010,491 | 25,139 | 22,983,826 | (21,330,746) | 5,688,710 |

|    |    | No | Yes |
|----|----|----|----|
| 1. | Has the debtor-in-possession made any payments on its pre-petition unsecured debt, except as have been authorized by the court?  If "Yes", explain below: | x | |

|    |    | No | Yes |
|----|----|----|----|
| 2. | Has the debtor-in-possession during this reporting period provided compensation or remuneration to any officers, directors, principals, or other insiders without appropriate authorization?  If "Yes", explain below: | x | |

3.  State what progress was made during the reporting period toward filing a plan of reorganization
    The bankruptcy case is in its early stages.  The Debtor obtained court approval of its "first day" motions, including securing interim Court approval of post-petition financing.  The debtor recently prepared and filed its schedules of assets and liabilities and statement of financial affairs.  The debtor continues to explore the options available to it to develop a plan in this case in conjunction with the cases of the other MMFX entities.

4.  Describe potential future developments which may have a significant impact on the case:
    The debtor intends to retain an investment banker and possibly other professionals within the next 7 days, and it is anticipated that a process and game plan for this case will be shared with the court and parties in interest in the near future.

5.  Attach copies of all Orders granting relief from the automatic stay that were entered during the reporting period.

|    |    | No | Yes |
|----|----|----|----|
| 6. | Did you receive any exempt income this month, which is not set forth in the operating report?  If "Yes", please set forth the amounts and sources of the income below. | x | |

I,  Mark Ashdown, CFO
    declare under penalty of perjury that I have fully read and understood the foregoing debtor-in-possession operating report and that the information contained herein is true and complete to the best of my knowledge.

_____4/14/11_____                                              _____
Date                                    Page 16 of 16         Principal for debtor-in-possession

# Choice IV Commercial Checking



Account number:   **1329604811**   ■   March 1, 2011 - March 31, 2011   ■   Page 1 of 4

MMFX TECHNOLOGIES CORP
MMFX TECHNOLOGIES CORPORATION
DEBTOR IN POSSESSION
CH. 11, CASE 10-27572,(CCA)
2415 CAMPUS DR STE 100
IRVINE CA 92612-8529

**Questions?**

*Available by phone 24 hours a day, 7 days a week:*
**1-800-CALL-WELLS** (1-800-225-5935)

*Online:* wellsfargo.com

*Write:* Wells Fargo Bank, N.A. (114)
P.O. Box 6995
Portland, OR 97228-6995

 IMPORTANT ACCOUNT INFORMATION

Please see an important message on the last page of your statement that describes how Wells Fargo posts transactions to your account.

## Account summary

### *Choice IV Commercial Checking*

| Account number | Beginning balance | Total credits | Total debits | Ending balance |
|---|---|---|---|---|
| 1329604811 | $37,569.66 | $1,104,065.87 | -$1,096,390.65 | $45,244.88 |

### Credits

**Deposits**

| Effective date | Posted date | Amount | Transaction detail |
|---|---|---|---|
| | 03/03 | 2,226.83 | Deposit |
| | 03/30 | 1,183.20 | Deposit |
| | | **$3,410.03** | **Total deposits** |

**Electronic deposits/bank credits**

| Effective date | Posted date | Amount | Transaction detail |
|---|---|---|---|
| | 03/01 | 400,000.00 | WT Fed#03406 Merrill Lynch and /Org=Lindsey L. Davidson Ttee U/A Dtd 04 Srf# 2011030100337567 Trn#110301104063 Rfb# P31106015101 |
| | 03/14 | 25.00 | Check Crd Pur Rtrn 03/10 American Ai 0010280105 Tulsa TX 425907xxxxxx8199 072140000242789 ?McC=3001 01 |
| | 03/28 | 200,000.00 | WT Fed#09034 Merrill Lynch and /Org=Lindsey L. Davidson Ttee U/A Dtd 04 Srf# 2011032800267411 Trn#110328074140 Rfb# P31108711970 |

Account number:  **1329604811**  ▪  March 1, 2011 - March 31, 2011  ▪  Page 2 of 4



## Electronic deposits/bank credits *(continued)*

| Effective date | Posted date | Amount | Transaction detail |
|---|---|---|---|
| | 03/29 | 500,000.00 | Online Transfer Ref #Ibeqlmysqr From Business Checking to Cover Portion of Sheppard Mullin Pmt |
| | 03/31 | 630.84 | Deposit Made In A Branch/Store |
| | | **$1,100,655.84** | **Total electronic deposits/bank credits** |
| | | **$1,104,065.87** | **Total credits** |

# Debits

## Electronic debits/bank debits

| Effective date | Posted date | Amount | Transaction detail |
|---|---|---|---|
| | 03/01 | 804.75 | Sage Software Renewal 030111 1309440600 Mmfx Technologies Corp |
| | 03/02 | 127.50 | Wells Fargo Health Savings Account Monthly Service Fees |
| | 03/04 | 804.75 | Sage Software Renewal 030411 1309440600 Mmfx Technologies Corp |
| | 03/07 | 1,395.00 | Check Crd Purchase 03/04 American Metal Market 800-662-4445 NY 425907xxxxxx8199 065140005169089 ?McC=5969 01 |
| | 03/07 | 1,465.00 | Check Crd Purchase 03/04 American Metal Market 800-662-4445 NY 425907xxxxxx8199 065140005169090 ?McC=5969 01 |
| | 03/07 | 229.83 | Check Crd Purchase 03/05 Stapls3140078705000 800-3333330 CT 425907xxxxxx8199 066140000218306 ?McC=5111 01 |
| | 03/08 | 479.70 | Check Crd Purchase 03/07 American Ai 0012335089 Aa.Com/Aa Res TX 425907xxxxxx8199 067140003117198 ?McC=3001 01 |
| | 03/09 | 551.40 | Check Crd Purchase 03/07 Usairways 0378627583 Mankato MN 425907xxxxxx8199 068140002594335 ?McC=3063 01 |
| | 03/10 | 31.00 | Check Crd Purchase 03/08 Usairways 0372422671 800-428-4322 AZ 425907xxxxxx8199 069140002538635 ?McC=3063 01 |
| | 03/10 | 498.70 | Check Crd Purchase 03/08 American Ai 0012335105 Aa.Com/Aa Res TX 425907xxxxxx8199 069140000246003 ?McC=3001 01 |
| | 03/10 | 750.40 | Check Crd Purchase 03/08 Usairways 0372422671 800-428-4322 AZ 425907xxxxxx8199 069140002538634 ?McC=3063 01 |
| | 03/10 | 70.00 | Online Transfer Trsf to Cover Payroll Ref #Bbejsg56Qj |
| | 03/11 | 93.04 | Client Analysis Srvc Chrg 110310 Svc Chge 0211 000001329604811 |
| | 03/11 | 387.40 | Check Crd Purchase 03/10 Southwestair5262160636 Dallas TX 425907xxxxxx8199 070140002329271 ?McC=3066 01 |
| | 03/11 | 49,609.07 | WT Seq#01094 Fidelity Workplace Svcs /Bnf=Fesco Srf# Weekly Payroll Trn#110311001094 Rfb# 000000711 |
| | 03/14 | 25.00 | Check Crd Purchase 03/10 American Ai 0010280105 Newport Beach CA 425907xxxxxx8199 072140003125503 ?McC=3001 01 |
| | 03/14 | 184.49 | Check Crd Purchase 03/10 Tramontana 214-3684188 TX 425907xxxxxx8199 072140004198061 ?McC=5812 90 |
| | 03/14 | 25.00 | Check Crd Purchase 03/11 Usairways 0372423017 Dallas Fw TX 425907xxxxxx8199 072140002047468 ?McC=3063 01 |
| | 03/14 | 102.35 | Check Crd Purchase 03/11 Hilton-Dallas Park Cit Dallas TX 425907xxxxxx8199 073140000883945 ?McC=5812 90 |
| | 03/14 | 194.52 | Check Crd Purchase 03/12 Hilton-Dallas Park Cit Dallas TX 425907xxxxxx8199 073140000883968 ?McC=7011 90 |

Account number:  **1329604811**  ■  March 1, 2011 - March 31, 2011  ■  Page 3 of 4



WELLS FARGO

---

### Electronic debits/bank debits (continued)

| Effective date | Posted date | Amount | Transaction detail |
|---|---|---|---|
| | 03/14 | 209.54 | Check Crd Purchase 03/12 Hilton-Dallas Park Cit Dallas TX 425907xxxxxx8199 073140000883969 ?McC=7011 01 |
| | 03/14 | 209.79 | Check Crd Purchase 03/12 Hilton-Dallas Park Cit Dallas TX 425907xxxxxx8199 073140000883966 ?McC=7011 90 |
| | 03/14 | 229.11 | Check Crd Purchase 03/12 Hilton-Dallas Park Cit Dallas TX 425907xxxxxx8199 073140000883967 ?McC=7011 90 |
| | 03/15 | 59.79 | Check Crd Purchase 03/15 1-800-Flowers.Com,Inc. 800-468-1141 NY 425907xxxxxx8199 074140003142391 ?McC=5992 01 |
| | 03/16 | 300.00 | Hasler Advance Advance 0000112005 Mmfx Technologies Corp |
| | 03/17 | 300.00 | Online Transfer to Cover A/P Ref #Bbexdpcftb |
| | 03/21 | 206.14 | Check Crd Purchase 03/19 Stapls3140158198000 800-3333330 CT 425907xxxxxx8199 080140000206612 ?McC=5111 01 |
| | 03/22 | 15,000.00 | WT 110321-082286 Mashreqbank PSC. /Bnf=Mmfx Steel Dmc-Uf Srf# IN11032114201593 Trn#110321082286 Rfb# 000000715 |
| | 03/24 | 49.00 | Check Crd Purchase 03/21 Shutterstock.Com 866-663-3954 NY 425907xxxxxx8199 083140001881376 ?McC=7333 01 |
| | 03/24 | 300.00 | Online Transfer to Cover AP Ref #Bbethnspwm |
| | 03/29 | 700,000.00 | WT Fed#08035 Bank of America, N /Ftr/Bnf=Sheppard, Mullin, Richter & Hampton Srf# IN11032911220097 Trn#110329054163 Rfb# 000000720 |
| | 03/29 | 48,931.66 | WT Seq#00792 Fidelity Workplace Svcs /Bnf=Fesco Srf# Tch Payroll Trn#110329000792 Rfb# 000000719 |
| | 03/29 | 5,494.00 | HSA Contribution ACH 000000002622787 Mmfx Technologies Corp |
| | 03/31 | 804.75 | Sage Software Renewal 033111 1309440600 Mmfx Technologies Corp |
| | | **$829,922.68** | **Total electronic debits/bank debits** |

### Checks paid

| Number | Amount | Date | Number | Amount | Date | Number | Amount | Date |
|---|---|---|---|---|---|---|---|---|
| | 652.56 | 03/09 | 300117 | 571.97 | 03/01 | 300156 | 290.27 | 03/15 |
| 300034 | 125.28 | 03/03 | 300118 | 168.85 | 03/03 | 300157 | 93.11 | 03/16 |
| 300042 | 10.00 | 03/03 | 300119 | 305.00 | 03/02 | 300158 | 304.23 | 03/14 |
| 300051 | 469.39 | 03/02 | 300120 | 1,520.00 | 03/02 | 300159 | 487.80 | 03/14 |
| 300095 | 627.09 | 03/01 | 300121 | 13,855.04 | 03/03 | 300160 | 696.00 | 03/10 |
| 300101 | 124.95 | 03/03 | 300122 | 3,033.33 | 03/21 | 300161 | 475.67 | 03/15 |
| 300102 | 139.77 | 03/01 | 300123 | 3,424.33 | 03/02 | 300162 | 1,510.99 | 03/11 |
| 300103 | 90.55 | 03/01 | 300129 | 35,000.00 | 03/07 | 300163 | 1,615.33 | 03/15 |
| 300104 | 419.11 | 03/01 | 300130 | 50,000.00 | 03/07 | 300164 | 94.59 | 03/18 |
| 300105 | 810.16 | 03/01 | 300143 | 18,719.00 | 03/07 | 300165 | 859.99 | 03/14 |
| 300106 | 479.17 | 03/01 | 300144 | 73.91 | 03/07 | 300166 | 132.66 | 03/15 |
| 300107 | 267.90 | 03/01 | 300145 | 73.58 | 03/08 | 300167 | 1,380.10 | 03/16 |
| 300108 | 16.30 | 03/24 | 300146 | 223.69 | 03/10 | 300168 | 21,904.00 | 03/16 |
| 300109 | 1,360.23 | 03/01 | 300147 | 3,483.41 | 03/07 | 300169 | 34,636.00 | 03/16 |
| 300110 | 1,035.00 | 03/01 | 300148 | 330.00 | 03/15 | 300170 | 0.40 | 03/24 |
| 300111 | 3,084.30 | 03/01 | 300149 | 74.00 | 03/11 | 300171 | 67.91 | 03/28 |
| 300112 | 325.00 | 03/14 | 300150 | 50.00 | 03/01 | 300172 | 717.76 | 03/22 |
| 300113 | 778.75 | 03/08 | 300151 | 1,395.89 | 03/08 | 300173 | 181.19 | 03/22 |
| 300114 | 456.66 | 03/02 | 300152 | 2,150.81 | 03/08 | 300174 | 8,320.35 | 03/24 |
| 300115 | 380.97 | 03/01 | 300154 | 104.20 | 03/09 | 300175 | 558.90 | 03/21 |
| 300116 | 10,705.85 | 03/01 | 300155 | 1,273.53 | 03/11 | 300176 | 572.78 | 03/21 |

Account number:  **1329604811**  ■ March 1, 2011 - March 31, 2011  ■ Page 4 of 4



## Checks paid (continued)

| Number | Amount | Date | Number | Amount | Date | Number | Amount | Date |
|--------|--------|------|--------|--------|------|--------|--------|------|
| 300177 | 243.14 | 03/21 | 300181 | 479.17 | 03/29 | 300185 · | 1,116.00 | 03/24 |
| 300178 | 26,528.96 | 03/22 | 300182 | 263.47 | 03/29 | 300187 · | 123.07 | 03/30 |
| 300180 · | 136.13 | 03/30 | 300183 | 354.47 | 03/25 | 300188 | 4,134.00 | 03/30 |
| | **$266,467.97** | | **Total checks paid** | | | | | |

· Gap in check sequence.

| | | |
|---|---|---|
| **$1,096,390.65** | **Total debits** | |

## Daily ledger balance summary

| Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|
| 02/28 | 37,569.66 | 03/10 | 278,755.09 | 03/22 | 114,021.52 |
| 03/01 | 416,782.84 | 03/11 | 225,807.06 | 03/24 | 104,219.47 |
| 03/02 | 410,479.96 | 03/14 | 222,675.24 | 03/25 | 103,865.00 |
| 03/03 | 398,432.67 | 03/15 | 219,771.52 | 03/28 | 303,797.09 |
| 03/04 | 397,627.92 | 03/16 | 161,458.31 | 03/29 | 48,628.79 |
| 03/07 | 287,211.77 | 03/17 | 161,158.31 | 03/30 | 45,418.79 |
| 03/08 | 282,333.04 | 03/18 | 161,063.72 | 03/31 | 45,244.88 |
| 03/09 | 281,024.88 | 03/21 | 156,449.43 | | |
| **Average daily ledger balance** | **$216,676.65** | | | | |

©2010 Wells Fargo Bank, N.A.
All rights reserved. Member FDIC.

WELLS
FARGO

Effective May 16, 2011, we are changing how we pay the most common types of transactions. This changes the previously communicated order that went into effect November 29, 2010. The most common types of transactions will be paid in the following order:

- ATM, debit card, Wells Fargo Online Bill Pay, account transfers, teller cashed checks and teller cash withdrawals - transactions will be sorted by the date the transaction was conducted. For a debit card transaction, if a merchant does not seek pre-authorization from the bank at the time of the transaction, we will use the date the transaction is received for payment from your account. For a Wells Fargo Online Bill Pay transaction, we will use the date that is the next business day following the "Send On" date. If there are multiple transactions on a date, those transactions will be sorted by time (where that information is available to our posting systems); the remaining transactions on that date will be sorted and paid from lowest to highest dollar amount.

- Checks and automatic payments (also known as ACH) - If there are multiple transactions, the transactions will be sorted and paid from highest to lowest dollar amount.